SLR:CPK:CSK
F.#2011R00283

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          BILL OF PARTICULARS

   - against -                     CR 11-589

EDUL AHMAD,                      (Irizarry, J.)
             Defendant.

- - - - - - - - - - - - - - - - -X

         The United States of America, by and through Loretta E. Lynch, United States Attorney for the Eastern District of New York, Alexander A. Solomon and Claire S. Kedeshian, Assistant United States Attorneys, hereby files the following Bill of Particulars for Forfeiture of Property.

         This indictment seeks forfeiture of property pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28 United States Code, Section 2461(c) and Title 18, United States Code, Section 982.

         The United States hereby gives notice that it is seeking forfeiture of the following properties:

         A.   <u>Money Judgment</u>:

         A sum of money in United States currency in an amount to be determined at sentencing;

*USA v. Ahmad, CR 11-589 (DLI)*
*United States' Bill of Particulars for Forfeiture of Property*

B.  <u>Specific Properties</u>:

Real Property and Premises known as, 110-19 Atlantic Avenue, Jamaica, New York, identified on the Queens County Tax Map as Block: 9317; Lot 21, and title to which was held in the name of defendant EDUL N. AMAD, on or before May 1, 2011.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Brooklyn, New York
       October 31, 2011

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                                        /s/
           By: _____
                                    Alexander S. Solomon
                                    Claire S. Kedeshian
                                    Assistant U.S. Attorneys
                                    (718) 254-6074/6051