# STEVEN R. KARTAGENER
ATTORNEY AT LAW

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com

**BY FAX AND ECF**

April 12, 2012

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                 RE:    **United States v. Edul Ahmad,
                                                                      11 Cr. 589 (DLI)**

Dear Judge Irizarry:

      I represent defendant Edul Ahmad (hereinafter "defendant") in the above-entitled criminal action.

      I am writing this letter to respectfully request that defendant be granted permission to travel to the District of New Jersey on Friday, April 13, 2012 for a court appearance at 9:00 a.m. at the Morristown County Courthouse on a civil matter. I apologize for the short notice to the Court, but I have just learned that defendant's presence is required at this court proceeding. I have confirmed this fact with Mr. James Markham, Esq., who represents defendant on this civil case. I have discussed this request with AUSA Alexander Solomon, the assigned Assistant, and he consents to our request. Defendant has also notified his Pretrial Services Officer Afonso Fernandes, who consents to defendant's request, pending a Court order authorizing this travel.

      Defendant is currently at liberty on a $2,500,000 bond which is secured by real property owned by defendant and his wife. Defendant has been fully compliant with all of the conditions of his release on bail since the beginning of this case in July of 2011.

Hon. Dora L. Irizarry
April 12, 2012
Page 2

    Accordingly, I respectfully request that the Court issue an order granting defendant permission to travel to the District of New Jersey on Friday, April 13, 2012 for this court appearance at the Morristown County Courthouse.

    Thank you.

Respectfully submitted,

Steven R. Kartagener

cc:    AUSA Alexander Solomon