**STEVEN R. KARTAGENER**
ATTORNEY AT LAW
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com

**BY ECF & BY MAIL**

May 18, 2012

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        RE: *United States v. Edul Ahmad*
           **Docket No. 11 Cr. 589 (DLI)**

Dear Judge Irizarry:

  I am the attorney for the defendant Edul Ahmad (hereinafter "defendant") in the above-entitled case. On behalf of defendant, and with the consent of AUSA Alexander Solomon, I respectfully request that the Court conference presently scheduled for May 21, 2012 be adjourned for about a month, so that I may address a complicated, recently emergent issue, and perhaps file a motion with respect to that issue. The concomitant press of other matters makes it impossible for me to file my papers prior to that date. I consent to the exclusion of time until the next scheduled trial date.

  I apologize for any inconvenience that this may cause the Court. Thank you.

                 Respectfully submitted,

                 */s/ Steven R. Kartagener*
                 Steven R. Kartagener

cc: AUSA Alexander Solomon