### STEVEN R. KARTAGENER
ATTORNEY AT LAW

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com

**BY ECF**

July 6, 2012

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                  RE:    *United States v. Edul Ahmad*
                                            <u>Docket No. 11 Cr. 589 (DLI)</u>

Dear Judge Irizarry:

      I am the attorney for the defendant Edul Ahmad (hereinafter "defendant") in the above-entitled case. On behalf of defendant, and with the consent of AUSA Alexander Solomon, and with further consent from Pretrial Services Officer Alfonso A. Fernandes, I respectfully request that Mr. Ahmad be permitted to travel to Miami Beach, Florida to attend an international Chinese/Latin American products exposition that will occur at the Miami Beach Convention Center from July 10 through July 12, 2012. I apologize for the delay in getting this application to you, but there was some unanticipated delay in obtaining the Government's consent to this travel.

      If permitted to make this trip for business purposes, defendant would leave New York City on the morning of July 10th and return on July 13th. While in Florida, defendant would stay at a local hotel near the convention center. Defendant has had financial commercial interests relating to China, and his attendance at this exposition would be important for him. Thank you.

                                                            Respectfully submitted,

                                                            Steven R. Kartagener

cc:    AUSA Alexander Solomon
          Pretrial Services Officer Alfonso A. Fernandes