| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

FILED
US DISTRICT COURT E.D.N.Y.
★ JUL 25 2017 ★
BROOKLYN OFFICE

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-11-0589 (DLI) |
|---|---|
| DEFENDANT<br>EDUL AHMAD | TYPE OF PROCESS<br>Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$29,662.18
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
USMS, 225 Cadman Plaza East, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BRIDGET M. ROHDE, Acting United States Attorney - EDNY
USAO-EDNY, 271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
ATTN: AUSA Claire S. Kedeshian / Maritza Arroyo

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please execute the Order of Forfeiture and judicially forfeit above indicated funds. Because the defendant has been sentenced, the funds can be moved into the AFF. Please return executed 285 to Maritza Arroyo, USAO-EDNY.
PLEASE NOTE THAT THERE IS A RESTIUTION HOLD ON THESE FUNDS.
CATS: 14-FBI-007522

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
CSKedesh by MCA
TELEPHONE NUMBER: (718) 254-6051
DATE: 7/10/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 7/10/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: JUL 11 2017   Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | $0.00 |

REMARKS: $29,662.18 transferred to AFF on 6/28/17.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

11-0589-4

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Case 1:11-cr-00589-DLI Document 73 Filed 07/25/17 Page 2 of 5 PageID #: 350
Case 1:11-cr-00589-DLI Document 36 Filed 12/03/14 Page 1 of 4 PageID #: 163
Case 1:11-cr-00589-DLI Document 35-1 Filed 11/28/14 Page 1 of 4 PageID #: 159

SLR:LDM:CSK
F.#2011R00283

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-against-

EDUL AHMAD,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER OF FORFEITURE

11-CR-0589 (DLI)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC -3 2014 ★

BROOKLYN OFFICE

      WHEREAS, on October 10, 2012, EDUL AHMAD (the "defendant"), entered a plea of guilty to Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 1349; and

      WHEREAS, the defendant has consented to the entry of a forfeiture money judgment in the amount of five hundred thousand dollars and no cents ($500,000.00) (the "Forfeiture Money Judgment") pursuant to 18 U.S.C. § 982(a)(2)(A), as property constituting, or derived from, proceeds obtained directly or indirectly, as the result of his violation of 18 U.S.C. § 1349, and/or pursuant to 21 U.S.C. § 853(p) as substitute assets.

      WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and between the United States and the Defendant as follows:

      1.    The defendant shall forfeit to the United States the full amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. § 982(a)(2)(A) and/or 21 U.S.C. § 853(p).

      2.    All payments made towards the Forfeiture Money Judgment shall be made by certified or bank check, payable to "United States Marshals Service," with the criminal docket

Case 1:11-cr-00589-DLI   Document 73   Filed 07/25/17   Page 3 of 5 PageID #: 351
Case 1:11-cr-00589-DLI   Document 36   Filed 12/03/14   Page 2 of 4 PageID #: 164
Case 1:11-cr-00589-DLI   Document 35-1   Filed 11/28/14   Page 2 of 4 PageID #: 160

number noted on the face of the check. The Defendant shall cause said checks to be sent by overnight delivery to Assistant United States Claire S. Kedeshian, United States Attorney's Office, Eastern District of New York, 271A Cadman Plaza East, Brooklyn, New York 11201. The Forfeiture Money Judgment shall be paid not later than the date of defendant's sentencing (the "Final Due Date"). If the Forfeiture Money Judgment is not paid in full or on before the Final Due Date, interest on the Forfeiture Money Judgment shall accrue on any unpaid portion at the judgment rate of interest from that date.

3. If the Forfeiture Money Judgment is not received as provided above, the defendant consents to the forfeiture of any other property alleged to be subject to forfeiture in the indictment and/or any other property up to the value of the Forfeiture Money Judgment, pursuant to 21 U.S.C. § 853(p), the Federal Debt Collection Procedures Act, or any other applicable law. The defendant shall fully assist the government in effectuating the payment of the Forfeiture Money Judgment by, among other things, executing any documents necessary to effectuate any transfer of title to the United States. The defendant shall not file or interpose any claim or assist others to file or interpose any claim to any property against which the government seeks to execute the Forfeiture Money Judgment in any administrative or judicial proceeding.

4. The defendant knowingly and voluntarily waives his right to any required notice concerning the entry and payment of the Forfeiture Money Judgment, including notice set forth in an indictment or information. In addition, the Defendant knowingly and voluntarily waives his right, if any, to a jury trial on the entry of a Forfeiture Money Judgment, and waives all constitutional, legal and equitable defenses to the forfeiture of said money, including, but not limited to, any defenses based on principles of double jeopardy, the Ex Post Facto clause of the Constitution, the statute of limitations, venue, or any defense under the Eighth Amendment,

Case 1:11-cr-00589-DLI Document 73 Filed 07/25/17 Page 4 of 5 PageID #: 352
Case 1:11-cr-00589-DLI Document 36 Filed 12/03/14 Page 3 of 4 PageID #: 165
Case 1:11-cr-00589-DLI Document 35-1 Filed 11/28/14 Page 3 of 4 PageID #: 161

including a claim of excessive fines. The entry and payment of the Forfeiture Money Judgment is not to be considered a payment of a fine, penalty, restitution loss amount, or of any income taxes that may be due, and shall survive bankruptcy.

5. Upon entry of this Order, the United States Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c), and to commence any applicable proceedings to comply with statutes governing third party rights, including giving notice of this Order. The United States alone shall hold title to the monies paid by the defendant to satisfy the Forfeiture Money Judgment following the Court's entry of the judgment of conviction.

6. The terms contained herein shall be final and binding only upon the Court's "so ordering" of this Order.

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. This Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

8. This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the Defendant, and shall survive the bankruptcy of any of them.

Case 1:11-cr-00589-DLI   Document 73   Filed 07/25/17   Page 5 of 5 PageID #: 353
Case 1:11-cr-00589-DLI   Document 36   Filed 12/03/14   Page 4 of 4 PageID #: 166
Case 1:11-cr-00589-DLI   Document 35-1   Filed 11/28/14   Page 4 of 4 PageID #: 162

9. The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated: Brooklyn, New York
December _2_, 2014

S/ Dora L. Irizarry

HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

*Re: U.S. v. Edul Ahmad, 11-CR-589(DLI)*